IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

ERIC DePAOLA
    Plaintiff
V.
HAROLD CLARKE, ET. AL.
    Defendants

Case No. 7:16-CV-00485

## MOTION FOR SCHEDULING ORDER &/OR PERMISSION TO PROCEED WITH DISCOVERY

Comes now, the Plaintiff Eric DePaola, pro se & respectfully requests this ct. Grant his instant motion. As grounds therefore, the Plaintiff states as follows:

1. Plaintiff is & has proceeded, in this action, pro se.
2. Pl. served defendants w/ discovery requests prior to Summ. J.
3. Pl. received no response from defendants in re. to his discovery request, whatsoever, within 30 day period permitted by Fed. R. Civ. P.
4. Pl. then motioned this ct. to Compel defendants to respond/comply w/ discovery request. See ECF No. 36

5. U.S.M.J. R.S. Ballou Denied Plaintiff's motion based upon his reasoning that Plaintiff had not attached the defendants responses to the mo. to compel & did not elaborate on how said discovery was responded to, even though Pl. clearly stated that the def never responded to Plaintiff's discovery request at all. See ECF No. 41

6. Pl. then objected to U.S.M.J. R.S. Ballou's ruling of which U.S.D.C.J. Jones upheld. ECF Nos. 42-43.

7. On March 30 2018 Judge J.P. Jones Granted in pt. & denied in pt. the defendants mo. for Summ. J. & ordered for a bench trial to take place to resolve the remaining issues of fact in dispute.

8. On April, 6 2018 this ct. set bench trial date for Aug. 29 - Aug. 30th 2018. ECF No. 58

9. Plaintiff has had NO discovery thus far.

10. Plaintiff is in need of discovery to be able to present his claims & litigate the remaining claims during trial, as only the def. have the necessary documents, evidence, information, etc.

WHEREFORE, for the foregoing reasons, the Plaintiff respectfully requests this ct. Grant his mo. & permit him discovery proceedings for the purposes of litigating his remaining claims at trial.

Respectfully Submitted,

Eric DePaola
Eric DePaola
5-28-18
Eric DePaola #1145137
Red Onion State Prison
P.O. Box 1900
Pound, VA 24279

CERTIFICATE OF SERVICE

I Eric DePaola hereby certify that I mailed the foregoing Mo. for scheduling order & for permission to proceed w/ discovery to the U.S.D.C. 210 Franklin Rd SW Ste 540, Roanoke, VA 24011 Via the U.S.P.S. on the date of 5-28-18

Eric DePaola

Eric DeRosia #1145137
Red Onion State Prison
P.O. Box 1900
Pound, VA 24279

* Legal Mail *

RECEIVED
MAY 28 2018
MAILROOM

VA DOC HAS NEITHER CENSORED OR
INSPECTED THIS ITEM. THE DEPARTMENT
DOES NOT ASSUME AND RESPONSIBILITY
FOR ITS CONTENTS

U.S.D.C.
Office of the Clerk
210 Franklin Rd., SW, Ste 540
Roanoke, VA 24011

24011-220840