# EXHIBIT 1

Case 7:16-cv-00485-JPJ-PMS   Document 85-1   Filed 09/06/18   Page 1 of 4   Pageid#: 514

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

Roanoke Division

ERIC DEPAOLA,

    Plaintiff,

v.                                            CIVIL ACTION NO. 7:16-cv-00485

H. CLARKE, et al.,

    Defendants.

## DEFENDANT BARKSDALE'S RESPONSES TO PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS

Comes now Defendant Earl Barksdale, by counsel, and for his Response to Plaintiff's Second Request for Production of Documents, states as follows:

**REQUEST FOR PRODUCTION NO. 1:** Any and all (i) disciplinary or progress reports, (ii) institutional classification authority hearing documents, and (iii) internal status comments relating to PLAINTIFF during his time at ROSP.

RESPONSE: Plaintiff's Disciplinary Actions report is attached as Bates Stamp pages 00387 through 00388. Individual Disciplinary Offense Reports for 2014 to present are attached as Bates Stamp pages 00389 through 00469. Plaintiff's Institutional Classification Authority reports are attached as Bates Stamp pages 00470 through 00519.

**REQUEST FOR PRODUCTION NO. 2:** Any and all documents reflecting complaints or grievances, whether formal or informal and whether through the prison grievance system or otherwise, made by PLAINTIFF relating to (i) grooming services at ROSP, (ii) compliance with religious obligations, (iii) treatment by state employees at ROSP, and (iv) punishment for failure to comply with VDOC or ROSP grooming policies.

RESPONSE: Offender Requests, Informal Complaints and Regular Grievances submitted by Plaintiff are attached as Bates Stamp pages 00520 through 00766.

**REQUEST FOR PRODUCTION NO. 3:** Any and all documents, including but not limited to reports, studies, memoranda, and/or analyses that discuss VDOC and/or ROSP policies or practices for the religious accommodation of inmates, including but not limited to PLAINTIFF, including accommodations relating to facial hair.

RESPONSE: As discussed with counsel during the meet-and-confer on August 28, 2018, this request is best directed to the Virginia Department of Corrections.

**REQUEST FOR PRODUCTION NO. 4:** Any and all documents, including but not limited to reports, studies, memoranda, and/or analyses that describe, support, substantiate, question, or reject how the policies or practices of VDOC and/or ROSP relating to facial hair (i) facilitate the identification of offenders, (ii) promote safety, security, and sanitation, or (iii) serve any penological interest.

RESPONSE: As discussed with counsel during the meet-and-confer on August 28, 2018, this request is best directed to the Virginia Department of Corrections.

**REQUEST FOR PRODUCTION NO. 5:** Any and all documents reflecting or describing decisions to assign PLAINTIFF to Intensive Management Security pathways IM-0, IM-1, IM-2, and/or IM-SL6.

RESPONSE: See Defendant's Response to Request No. 1.

**REQUEST FOR PRODUCTION NO. 6:** Any and all documents reflecting the offering or denial of grooming services to PLAINTIFF at ROSP.

RESPONSE: See Bates Stamp pages 00001 through 00317 and 00340 through 00386 previously provided.

**REQUEST FOR PRODUCTION NO. 7:** Any and all (i) complaints or grievances, whether formal or informal, and (ii) work, performance, promotion and/or disciplinary evaluations and reports covering You during your time at ROSP.

2

RESPONSE: As discussed with counsel during the meet-and-confer on August 28, 2018, this request is best directed to the Virginia Department of Corrections for production of any founded grievances against me and included in my personnel file.

Respectfully submitted,

EARL BARKSDALE

By: /s/ *signature*
      Counsel

Richard C. Vorhis
Senior Assistant Attorney General
Office of the Attorney General
Criminal Justice & Public Safety Division
202 North 9th Street
Richmond, Virginia 23219
Phone: (804) 786-4805
Fax: (804) 786-4239
VSB #23170

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Defendant Earl Barksdale's Responses to Plaintiff's Second Set of Request for Production of Documents was served via electronic mail and regular mail this 31st day of August, 2018, to Jaime M. Crowe, Esq. White & Case LLP, 701 Thirteenth Street, NW, Washington, DC 20005-3807, Email: jcrowe@whitecase.com (*Counsel for Plaintiff*); and via electronic mail only to Jeremy B. O'Quinn, Esquire, E-mail: theoquinnlawoffice@gmail.com (*Counsel for Defendant Fleming*).

/s/ *signature*
Richard C. Vorhis
Senior Assistant Attorney General