# EXHIBIT 2



VIRGINIA DEPARTMENT OF CORRECTIONS

**Institutional Classification Authority Hearing**

DOC-11H
DOC Location: Red Onion State Prison
Report generated by Gilliam, J I
Report run on 8/9/2018 at 11:12 AM

| Offender Name: Depaola, Eric | DOC#: 1145137 | DOC Location: Red Onion State Prison | Bed Assignment: C-5-SLS-514-B |
|---|---|---|---|

## Part I: ICA Referral Notice

You were scheduled to appear before the Institutional Classification Authority on or after 11/04/2015 for Internal Status

Comments:

| Authorizing Staff | Date & Time |
|---|---|

Hearing Date: 11/4/2015

Offender Statement: No statement.

Reporting Staff Comments: Remain segregation.

## Part II: Hearing Disposition

**Internal Status Review:**

The ICA recommends: Internal status change to Intensive Management 0

Rationale: Remain segregation.

| ICA: Adams, Garry A | Date: 11/10/2015 |
|---|---|

**Administrative Review:**

Decision: Approve     Internal status change to Intensive Management 0

Swiney, Walter G     Date: 11/13/2015

Comments:



VIRGINIA DEPARTMENT OF CORRECTIONS  C 574

**Institutional Classification Authority Hearing Notification Form**

DOC-11G
DOC Location: Red Onion State Prison
Report generated by Duncan, A B
Report run on 11/2/2015 at 1:50 PM

| Offender Name: Depaola, Eric | DOC#: 1145137 | DOC Location: Red Onion State Prison |
|---|---|---|

### Part I: ICA Referral Notice

Classification Action being reviewed:

Comments:

You will be scheduled to appear before the Institutional Classification Authority on or after 11/4/2015

Authorizing Staff      Date & Time

A formal due process hearing is required when an offender is considered for removal from general population, or faces the possibility of increase in security level or reduction in good time earning level outside the Annual Review Cycle. You will be permitted to: 1) Be present at the hearing 2) Remain silent 3) Know the reasons for any decisions rendered by the ICA 4) Have your counselor or an employee present to assist you 5) Receive a copy of the written findings and recommendations of the ICA. During hearings based solely on documented Disciplinary Hearing Referrals the following is not afforded to you: 1) Hearing the Reporting Officer's testimony 2) Cross-examining adverse witnesses 3) Calling and cross-examining witnesses.

This is to certify that I have received a copy of this notice and it was explained to me. I am requesting winess/s to appear on my behalf.

Witness Request: 1_____ 2_____ 3_____

I Waive rights to 48-hour notice. ☑ Yes ☐ No     I wish to attend. ☑ Yes ☐ No

_Eric DePaola_    11-2-15      _Duncan, AB_    11/8/15
Offender Signature    Date      Witness Signature    Date

Page 1 of 1      Rev. 04/15/2010